

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

August 14, 1962

Honorable Joe Resweber
County Attorney
Harris County
Houston, Texas

Opinion No. WW-1415

Re: Legality of lease contract
between Harris County and
Houston Sports Association,
Inc., together with proposed
supplemental contract.

Dear Mr. Resweber:

Your request for an opinion on the above subject
matter reads as follows:

"On May 30, 1961, in the captioned
opinion, you approved the contract between
the County of Harris and Houston Sports As-
sociation, Inc., a copy of which has here-
tofore been furnished.

"Presently, a proposed supplement to
this contract, together with certain allied
agreements, are under consideration by the
Commissioners Court of Harris County. This
office has prepared the attached opinion on
these instruments which are also enclosed.
This opinion was limited as set forth there-
in by the request of the Commissioners Court.

"We hereby request that you review the
original lease contract in connection with
the attached instruments and render your opin-
ion on the legality thereof. The Commissioners
Court feels that there is a great urgency con-
cerning this and therefore anything that can
be done to expedite your opinion will be great-
ly appreciated."

In Attorney General's Opinion WW-1074 this office
upheld the validity of a lease contract entered into by and
between the County of Harris and Houston Sports Association,
Inc., stating:

". . . it is our opinion that the
construction of the stadium in question is
a proper park usage and is within the author-

ity of the Commissioners' Court of Harris
County, pursuant to the provisions of Articles
6081e and 6079e, Vernon's Civil Statutes."

It was further held in Attorney General's Opinion
WW-1074:

"The contract in question does not
seek to have the County become a subscriber
to the capital stock of any private corpora-
tion nor to make any appropriation or donation
to any private corporation nor otherwise loan
its credit. On the contrary, the County of
Harris is receiving a valuable consideration
from the Houston Sports Association and the
Houston Sports Association is obligated to
carry out the public purpose heretofore stated.
It is, therefore, our opinion that the contract
in question does not violate the provisions of
Section 3 of Article XI of the Constitution of
Texas."

An examination of the instruments attached to your
request reveals that these instruments will in nowise
change the purpose of the original contract as outlined
above, nor lend the credit of the County to any private
corporation. You are therefore advised that we agree with
you that the Commissioners' Court of Harris County is
authorized to enter into such agreements. For a discussion
of authorities on this question see Attorney General's
Opinion WW-1074 (1961).

## S U M M A R Y

The Commissioners' Court of
Harris County is authorized to enter into
the proposed supplement to Lease and Es-
crow Agreement relating to the lease con-
tract executed by the County of Harris
and the Houston Sports Association, Inc.,

the validity of which was sustained in
Attorney General's Opinion WW-1074.

Yours very truly,

WILL WILSON
Attorney General of Texas

By John Reeves
    Assistant

JR:ms:zt

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

Cecil Rotsch
Henry Braswell
Pat Bailey

REVIEWED FOR THE ATTORNEY GENERAL
BY:  Leonard Passmore